**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Case No. 1:17-cv-01328-EGS |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Minute Order of December 8, 2017, the parties hereby jointly report to the Court on the status of this action and present a proposed briefing schedule.

Defendant has completed its response to Plaintiffs' FOIA request on December 4, 2017. Defendant produced two responsive documents in full to Plaintiffs and withheld ten documents, totaling thirteen pages. The parties propose the following briefing schedule:

February 15, 2018    Defendant shall file a Motion for Summary Judgment.

March 8, 2018:    Plaintiffs shall file an Opposition to Defendant's Motion.

March 22, 2018:    Defendant shall its Reply in support of Summary Judgment.


Dated:   January 4, 2018                                Respectfully Submitted,

                                                                        CHAD A. READLER
                                                                        Acting Assistant Attorney General

                                                                        ELIZABETH J. SHAPIRO
                                                                        Deputy Director, Federal Programs Branch

                                                                        /s/ *Daniel Bensing*

DANIEL BENSING
Senior Trial Counsel
D.C. Bar. No 334268
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Daniel.Bensing@usdoj.gov

*Counsel for Defendant*


 /s/ Bradley P. Moss_____
Bradley P. Moss
D.C. Bar # 975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Telephone: (202) 454-2809
Facsimile: (202) 330-5610
Brad@MarkZaid.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2018, I electronically filed a copy of the foregoing. Joint Proposed Scheduling Order which will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Daniel Bensing*