**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-1328 (EGS) |
| DEPARTMENT OF JUSTICE | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF CONCESSION**

NOW COME the plaintiffs The James Madison Project and Shane Harris, by and through undersigned counsel, to notify the Court that – upon review and consideration of Defendant's Motion for Summary Judgment, Dkt. #11, and subsequent discussions with Government counsel – they hereby concede the Defendant's Motion. This Notice of Concession does not encompass any claims the Plaintiffs may be entitled to pursue with respect to attorneys' fees and/or costs.

Date: March 15, 2018

                                        Respectfully submitted,

                                        /s/
                                      _____
                                      Bradley P. Moss, Esq.
                                      D.C. Bar #975905
                                      Mark S. Zaid, Esq.
                                      D.C. Bar #440532
                                      Mark S. Zaid, P.C.
                                      1250 Connecticut Avenue, N.W.
                                      Suite 200
                                      Washington, D.C. 20036
                                      (202) 454-2809
                                      (202) 330-5610 fax
                                      Brad@MarkZaid.com
                                      Mark@MarkZaid.com

                                      Attorneys for Plaintiffs